No error appearing, an affirmance will be directed.

========

## SINYARD v. STATE. (No. 7552.)

(Court of Criminal Appeals of Texas. March 21, 1923.)

**Criminal law** ⊙⇒1090(1)—**Conviction affirmed in absence of statement of facts or bill of exceptions.**

Where there is no statement of facts or bill of exceptions, there is nothing presented for review.

Appeal from Tarrant County Court at Law; P. W. Seward, Judge.

Will Sinyard was convicted of wife desertion and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The offense is wife desertion; punishment fixed at a fine of $25.

The indictment is regular, and in the absence of statement of facts of bill of exceptions, there is nothing presented for review. The judgment is affirmed.